**FILED**

JAN 1 9 2022

Mark C. McCartt, Clerk
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RONNELL DONTAE BUTLER,<br><br>Defendant. | Case No. 21-CR-559-JFH<br><br>SUPERSEDING INDICTMENT<br>COUNT ONE: 18 U.S.C. §§ 1151, 1153, and 113(a)(3) – Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country;<br>COUNT TWO: 18 U.S.C. §§ 1151 and 1153; 21 O.S. § 843.5(A) – Child Abuse in Indian Country;<br>COUNT THREE: 18 U.S.C. § 924(c)(1)(A)(ii) – Carrying, Using, and Brandishing a Firearm During and in Relation to a Crime of Violence;<br>COUNT FOUR: 18 U.S.C. §§ 922(g)(1) and 924(a)(2) – Felon in Possession of Ammunition;<br>Forfeiture Allegation: 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c) – Firearms and Ammunition Forfeiture] |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>
[18 U.S.C. §§ 1151, 1153, and 113(a)(3)]

On or about November 1, 2021, within Indian Country in the Northern District of Oklahoma, the defendant, **RONNELL DONTAE BUTLER**, an Indian, with intent to do bodily harm, assaulted T.M.B., a person known to the Grand Jury, with a dangerous weapon, by threatening to shoot and pointing a gun at T.M.B.

All in violation of Title 18, United States Code, Sections 1151, 1153, and 113(a)(3).

## COUNT TWO
### [18 U.S.C. §§ 1151 and 1153; 21 O.S. § 843.5(A)]

On or about November 1, 2021, within Indian Country in the Northern District of Oklahoma, the defendant, **RONNELL DONTAE BUTLER**, an Indian, willfully and maliciously harmed the health, safety, and welfare of J.S.B., a four-year-old child known to the Grand Jury, by pointing a gun at J.S.B.'s mother, T.M.B. a person known to the Grand Jury, while J.S.B. was near and in the same room as T.M.B.

All in violation of Title 18, United States Code, Sections 1151, 1153; Title 21, Oklahoma Statute, Section 843.5(A).

## COUNT THREE
## [18 U.S.C. § 924(c)(1)(A)(ii)]

On or about November 1, 2021, in the Northern District of Oklahoma, the defendant, **RONNELL DONTAE BUTLER**, knowingly carried, used, and brandished a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, that is, Assault with a Dangerous Weapon with Intent to do Bodily Harm in Indian Country, as set forth more fully in Count One of this Indictment.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(ii).

## COUNT FOUR
### [18 U.S.C. §§ 922(g)(1) and 924(a)(2)]

On or about November 1, 2021, in the Northern District of Oklahoma, the defendant, **RONNELL DONTAE BUTLER**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, Possession for Sale of a Controlled Substance, Case No. NF439972A, in the San Mateo Superior Court, State of California, on December 5, 2016, knowingly possessed in and affecting interstate commerce ten rounds of Companhia Brasileira de Cartuchos (CBC) branded Luger 9mm caliber ammunition.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION
### [18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)]

The allegations contained in this Superseding Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

Upon conviction of the offenses alleged in this Superseding Indictment, as a part of his sentences, the defendant, **RONNELL DONTAE BUTLER**, shall forfeit to the United States any firearm and ammunition involved in or used in the knowing commission of such offenses. The property to be forfeited includes, but is not limited to:

**FIREARMS AND AMMUNITION**

1. A Luger semi-automatic pistol, 9mm caliber, with magazine, resembling a Glock Model 26, with no serial number; and

2. Approximately ten rounds of Companhia Brasileira de Cartuchos (CBC) branded Luger 9mm caliber ammunition.

All pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

CLINTON J. JOHNSON
United States Attorney

A TRUE BILL

*/s/* signature
CYMETRA M. WILLIAMS
Assistant United States Attorney

*/s/ Grand Jury Foreperson*
Grand Jury Foreperson